# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RONALD JACKSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 22-cv-06132-SRB |
| BOEHRINGER INGELHEIM ANIMAL HEALTH USA, INC. and ABBY DENNIS | ) ) ) ) |
| Defendants. | ) |

## STIPULATED DISMISSAL

Pursuant to Federal Rule 41(a)(1)(A)(ii), all parties of record in the above-captioned case stipulate to dismissal of this case with prejudice, each party to bear their own costs.

Respectfully submitted,

**REAVEY LAW LLC**

By: __/s/ Patrick G. Reavey__.
    Patrick G. Reavey MO# 47365
    Livestock Exchange Building
    1600 Genessee Suite 303
    Kansas City, MO 64102
    Ph: 816.474.6300
    Fax: 816.474.6302
    Email: preavey@reaveylaw.com
    Website: www.reaveylaw.com
    ATTORNEY FOR PLAINTIFF

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:   /s/ Stacy M. Bunck  .
    Stacy M. Bunck, MO #53229
    700 W. 47th Street, Suite 500
    Kansas City, MO 64112
    Ph: 816.471.1301
    Fax: 816.471.1303 (Facsimile)
    Email: stacy.bunck@ogletree.com

    Anthony B. Byergo, MO #56294
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Ph: 206.693.7060
    Fax: 206.693.7058 (Facsimile)
    Email: anthony.byergo@ogletree.com

    ATTORNEYS FOR DEFENDANTS